RICK D. ROSKELLEY, ESQ., Bar # 3192
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: rroskelley@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY STANLEY, | Case No. 2:16-cv-03029-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| PETCO ANIMAL SUPPLIES STORES, INC., a Delaware Corporation, | ECF NO. 24 |
| Defendant. | |

Plaintiff, BRITTANY STANLEY and Defendant, PETCO ANIMAL SUPPLIES STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 15, 2017

Dated: May 15, 2017

Respectfully submitted,

Respectfully submitted,

*/s/ Angela J. Lizada*
ANGELA J. LIZADA, ESQ.
LIZADA LAW FIRM, LTD.

Attorney for Plaintiff
BRITTANY STANLEY

*/s/ Timothy W. Roehrs*
RICK D. ROSKELLEY, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

**ORDER**

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **this case is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge
5/16/17

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800